## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

EnchantedMob, Inc.

                Plaintiff,

v.                                          Case No.: 1:22−cv−02944

                                            Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 19, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/19/2022. Only Plaintiff appears. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction and to extend the temporary restraining order [28] is granted as to all Defendants with the exception of Defendant ndrgsgouo. Enter Order. The Clerk of Court is directed to unseal Schedule A to the complaint [2], Exhibit 3 to the Declaration of Zach Belanger [16], and the temporary restraining order [22]. Greer, Burns & Crain, Ltd. is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days, instructions can be found on the court's website www.ilnd.courts.com/instructions. Plaintiff shall file a response to Defendant ndrgsgouo's motion to dissolve restraining order by 8/2/2022. Telephonic motion and status hearing set for 8/10/2022 at 9:30. A representative for defendant ndrgsgouo is directed to appear at the hearing. If the time of the hearing makes it difficult for the overseas defendant to appear, they shall contact the courtroom deputy (david_lynn@ilnd.uscourts.gov) to adjust the hearing time. Additionally, if there is an emergency situation that requires the motion to be heard on a more expedited basis, defendant may contact the courtroom deputy for an earlier hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.