IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCHANTEDMOB, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 22-cv-02944<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Beth W. Jantz** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff EnchantedMob, Inc. ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 21, 2022, [22] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of the Poppy Playtime Copyrighted Designs (U.S. Copyright Registration Nos. VA0002288105, VA0002293330, VA0002294398, and VA0002295039) to residents of Illinois.

This Court further finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because it has demonstrated that (1) Plaintiff is the owner of valid and enforceable Poppy Playtime Copyrighted Designs, and (2) Defendants, without any authorization from Plaintiff, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the Poppy Playtime Copyrighted Designs on the Seller Aliases and the corresponding Unauthorized Poppy Playtime Products. Furthermore, Defendants' continued and unauthorized copying of the Poppy Playtime Copyrighted Designs irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this

Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert or participation with them be preliminarily enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Poppy Playtime Copyrighted Designs in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Poppy Playtime product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Poppy Playtime Copyrighted Designs;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the Poppy Playtime Copyrighted Designs and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, or returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the Poppy Playtime Copyrighted Designs.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendants' Online

Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), and DHgate, (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of all documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay,

        Wish.com, Walmart, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of this Order, including Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods which bear the Poppy Playtime Copyrighted Designs.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation

      with them, including all known contact information and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Zach Belanger and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Zach Belanger [16], and the TRO [22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

                                                IT IS SO ORDERED.

DATED: July 19, 2022

                                                Andrea R. Wood
                                                United States District Judge

EnchantedMob, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-2944

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/4987218 | PDD Store |
| 2 | aliexpress.com/store/1100183131 | QINGQIU Toy Store |
| 3 | aliexpress.com/store/1101574436 | Shop911132207 Store |
| 4 | aliexpress.com/store/1102035913 | Youth Baby Kids T-shirt Store |
| 5 | aliexpress.com/store/911870451 | zhanjun two Store |
| 6 | amazon.com/sp?seller=A23E8FJZ131OUK | 365Shopping |
| 7 | amazon.com/sp?seller=A10YPC5XJZ5C3N | A10YPC5XJZ5C3N |
| 8 | amazon.com/sp?seller=A1B8PZE0HLIDOO | A1B8PZE0HLIDOO |
| 9 | amazon.com/sp?seller=A1E4ZT9HBVWLZH | A1E4ZT9HBVWLZH |
| 10 | amazon.com/sp?seller=A1VPZE95TK11BB | A1VPZE95TK11BB |
| 11 | amazon.com/sp?seller=A2Y4U4NJ871AMV | A2Y4U4NJ871AMV |
| 12 | amazon.com/sp?seller=A2YOC6W1UVA5TM | A2YOC6W1UVA5TM |
| 13 | amazon.com/sp?seller=A305LUPDDEXSF | A305LUPDDEXSF |
| 14 | amazon.com/sp?seller=A37HPRI8WA8QQ0 | A37HPRI8WA8QQ0 |
| 15 | amazon.com/sp?seller=A82XBD19N4E68 | A82XBD19N4E68 |
| 16 | amazon.com/sp?seller=A8XF416756NN5 | A8XF416756NN5 |
| 17 | amazon.com/sp?seller=A3PC85P1OA7E41 | Aimeiziqiang Store |
| 18 | amazon.com/sp?seller=A1T565ZXD4UTQ7 | AitJueaMa |
| 19 | amazon.com/sp?seller=A2FKS9NQH42L9R | AliceRen |
| 20 | amazon.com/sp?seller=APM2U51TG107P | APM2U51TG107P |
| 21 | amazon.com/sp?seller=AQNJJ39YYN5TB | AQNJJ39YYN5TB |
| 22 | amazon.com/sp?seller=A1ILUKC4YLT721 | baiyinqugaozhongdewangluoxiaoshoudian |
| 23 | amazon.com/sp?seller=A1PDAYIGHZ067I | Baolianzhu Store |
| 24 | amazon.com/sp?seller=AF8Z3X99YRKSY | Beihai Building |
| 25 | amazon.com/sp?seller=A3KWOQVQKF8NL8 | Bona-Technology Co., Ltd |
| 26 | amazon.com/sp?seller=A6ERLH6VAXFVB | BSMY |
| 27 | amazon.com/sp?seller=A1SM1I86KW8SMT | chen wu ke ji |
| 28 | amazon.com/sp?seller=A1IC4CCTF4L99R | Chengdu Xiangyi Jiyang Technology Co., LTD |
| 29 | amazon.com/sp?seller=A2JGU2AGO7UF23 | Chenxiumei |
| 30 | amazon.com/sp?seller=A2T9BQ9X4BVXNG | chimy |
| 31 | amazon.com/sp?seller=A2LQBIWIQMSDKQ | cocomelon party favors |
| 32 | amazon.com/sp?seller=A14HV899BXHUVJ | Cokin |
| 33 | amazon.com/sp?seller=A3B12Q2IGKG3NP | Daimer |

| | | |
|---|---|---|
| 34 | amazon.com/sp?seller=A10F7PVLL8CKWZ | Deorlux |
| 35 | amazon.com/sp?seller=A2NAPAYQZF8SZA | DHYDLGS |
| 36 | amazon.com/sp?seller=ATJUO9HFJ78NJ | doris direct store |
| 37 | amazon.com/sp?seller=A2O0OHJILW2W6X | drxBest |
| 38 | amazon.com/sp?seller=A34O0PSECDNXOH | DUANKUN |
| 39 | amazon.com/sp?seller=A2K4J82FO2AF1N | enfdklasfkh |
| 40 | amazon.com/sp?seller=A3859C7DAJC7LR | ERLBAY-US |
| 41 | amazon.com/sp?seller=A27HTWM4R1DW4G | fengxiang223001 |
| 42 | amazon.com/sp?seller=A2YS2V85MN3LQH | FlyingGooseToys |
| 43 | amazon.com/sp?seller=A1BIWJIQ27MSJO | Fongshen flagship store |
| 44 | amazon.com/sp?seller=A1Y8E4YSQ6LXDR | GDRHJJJ |
| 45 | amazon.com/sp?seller=A2EJMCBVVCHVLB | Grief Grocery store |
| 46 | amazon.com/sp?seller=A28Q44C7XB08QB | HaiLG |
| 47 | amazon.com/sp?seller=AM890ASV3X4A6 | hainanhuajiangduoshangmaohang |
| 48 | amazon.com/sp?seller=A3S62U4D3QLAP6 | hangdonghaoyuan |
| 49 | amazon.com/sp?seller=A2GYCPM5UV30JT | Happy Forever-US |
| 50 | amazon.com/sp?seller=A25YGTHL9DVWC8 | hddfsetgefdgdfasgrgds |
| 51 | amazon.com/sp?seller=A1RSPAIMBERUB9 | hefeiguanliaodianzishangwuyouxiagongsi |
| 52 | amazon.com/sp?seller=A3HV4VFX15G7RP | HeFeiXuHouWangLuoKeJiYouXianGongSi |
| 53 | amazon.com/sp?seller=AUADPIG9XX3QG | Henan Ranyarang Trading Co. , Ltd. |
| 54 | amazon.com/sp?seller=A3D6ZULOZ8NS9C | henglongjie |
| 55 | amazon.com/sp?seller=A2CQ7WL1T0ZJHD | HGWJ |
| 56 | amazon.com/sp?seller=A3QCZ07VO4AHAL | HimTomg |
| 57 | amazon.com/sp?seller=A3EKC5IOQPC4JD | HJPHYY |
| 58 | amazon.com/sp?seller=A1D713Y1C1BCTB | huangshengmaoyi |
| 59 | amazon.com/sp?seller=A2WVVOVJ09W8NB | Huanxidp |
| 60 | amazon.com/sp?seller=A25QNZ03L2TR5I | huijizhuanmai |
| 61 | amazon.com/sp?seller=A3NWE8YCCB813Q | huohuozhou |
| 62 | amazon.com/sp?seller=AYMTVDRH6W4RA | hxy |
| 63 | amazon.com/sp?seller=A2QR12NCRYL1BI | iDentalStore |
| 64 | amazon.com/sp?seller=A1A1AC4B5VNWQL | JEANSheiu |
| 65 | amazon.com/sp?seller=A349KKHCI5S08D | Jia Zhihao Department Store |
| 66 | amazon.com/sp?seller=A1KEEH10KOQEA5 | jiakunchen |
| 67 | amazon.com/sp?seller=A9JFQDLJ7RQC7 | jianyuanwujin |
| 68 | amazon.com/sp?seller=A21BK88QLM9PVZ | JiaolongGTS |
| 69 | amazon.com/sp?seller=A1QK4H3LB6938M | jiaoshanggongfu |
| 70 | amazon.com/sp?seller=A3HFEVFXKEEF1B | JINGAIJUAN |
| 71 | amazon.com/sp?seller=A1V83GHQZBHSAQ | JingJie-Hui |
| 72 | amazon.com/sp?seller=A18GV4Y4AOHMUA | Jinjiang Benkuang Trading Co., Ltd. |
| 73 | amazon.com/sp?seller=A3U5BWW0GDLQE9 | JinMingfeng |
| 74 | amazon.com/sp?seller=AKILIN85UVWXA | jinzhujiajuchang |

| | | |
|---|---|---|
| 75 | amazon.com/sp?seller=A2ZPEJ79958GZY | Jkeosg |
| 76 | amazon.com/sp?seller=A2LTSDWT5C7TG9 | jlygy |
| 77 | amazon.com/sp?seller=A1QI4CGO2033A1 | John Wilsoner |
| 78 | amazon.com/sp?seller=A207PMMBH4259U | JRflagstore |
| 79 | amazon.com/sp?seller=A35FPZ1XBZLGYA | JUFEN store |
| 80 | amazon.com/sp?seller=AYXNUUUJPX7KU | Kaitron home |
| 81 | amazon.com/sp?seller=A3SGXNFTS6PLT4 | KESENG US |
| 82 | amazon.com/sp?seller=A14I9OL5CI8B4U | kuma home |
| 83 | amazon.com/sp?seller=A1CD4O2EEW9VJ | kunmingjingedianzishangwuyouxiangongsi |
| 84 | amazon.com/sp?seller=A3QS3YGEB7EPSR | kunmingminedianzishangwuyouxiangongsi |
| 85 | amazon.com/sp?seller=A2Z9QO1KWR1JLG | linjianyuan |
| 86 | amazon.com/sp?seller=A380BJQY7KMKJ9 | lipingstore22 |
| 87 | amazon.com/sp?seller=AKXNYHA199J7H | Little hi life |
| 88 | amazon.com/sp?seller=A2R53CVPHK8TL2 | liuxiaoli888 |
| 89 | amazon.com/sp?seller=A22TO03ZU02276 | liuyuanni |
| 90 | amazon.com/sp?seller=A3563C61T9D7BT | LJADS shop |
| 91 | amazon.com/sp?seller=A3XFFRRRBRFM2 | longhuimingbo |
| 92 | amazon.com/sp?seller=A3R99IDXG1JLII | LQNB24 |
| 93 | amazon.com/sp?seller=A2D079AZ3N3IF6 | luchengjie |
| 94 | amazon.com/sp?seller=A1XO010SPE4G40 | luckyluckyheart |
| 95 | amazon.com/sp?seller=A3O5S0QT5CGPO8 | LydiaKutten |
| 96 | amazon.com/sp?seller=A1F2IUELQBSAJM | Mabmba Store |
| 97 | amazon.com/sp?seller=A3699NYIVXLAN9 | manzhoulishizhalainuoerquxinsuiyiyibaihuoshangchan |
| 98 | amazon.com/sp?seller=A11HWC8UFG1RZ4 | maofengkeji |
| 99 | amazon.com/sp?seller=A1HFA2WCX4BEY3 | mengyuehua |
| 100 | amazon.com/sp?seller=A1O5GQOMC9QN7V | Mikimori store |
| 101 | amazon.com/sp?seller=A2QWHI3OZP33WH | MIMINIKO |
| 102 | amazon.com/sp?seller=AKCY3V8IH7MRP | ndrgsgouo |
| 103 | amazon.com/sp?seller=A7Q801VB5B2XV | Netdeon |
| 104 | amazon.com/sp?seller=A156KC2IO7C7B1 | NLDEDIAN |
| 105 | amazon.com/sp?seller=A21XMJ69NMS47I | NY SUN SHOP |
| 106 | amazon.com/sp?seller=A1TBI7TD94NTRL | OIYAKU |
| 107 | amazon.com/sp?seller=A1JC2AOXYB08P0 | ONE MORE DIRECT |
| 108 | amazon.com/sp?seller=A365O9SIAJ664E | Pig bear business |
| 109 | amazon.com/sp?seller=A1DX9OLAHZ9O99 | PJMarts |
| 110 | amazon.com/sp?seller=A3SLRZGARJKHVC | Qing-Store |
| 111 | amazon.com/sp?seller=A1OLYBCA5UUFGO | qinyixuan |
| 112 | amazon.com/sp?seller=A17B2UQVAJ5YW1 | qwqz zrzsbkl |
| 113 | amazon.com/sp?seller=A2WYFLAUZBYRGS | qzf-zhenshuoyu |
| 114 | amazon.com/sp?seller=A31X3PCU5FSYFZ | qzhrmyyxgs |

| 115 | amazon.com/sp?seller=A1JAEIOQ5FDQLP | renqiushishanxingshangmaoyouxiangongsi |
|---|---|---|
| 116 | amazon.com/sp?seller=A1WR0ACE777EN9 | ruzhoushihuiyimaoyiyouxiangongsi |
| 117 | amazon.com/sp?seller=A1HIC997QKQNHM | shanxifaqindianzishangwuyouxiangongsi |
| 118 | amazon.com/sp?seller=A1GKIH7U6S3K9S | SHUORUI-US |
| 119 | amazon.com/sp?seller=A166JV54MLVIKU | Small windmill toy |
| 120 | amazon.com/sp?seller=A1ML2GULG11K7M | SonjaCool |
| 121 | amazon.com/sp?seller=A2O2BBMCMV98Q4 | Special Grace |
| 122 | amazon.com/sp?seller=A1HS41LYVWEHOO | suchaobaihuodian |
| 123 | amazon.com/sp?seller=A1M5F5XRQ1BFKJ | sunstarsun |
| 124 | amazon.com/sp?seller=A23Y5I6DMCKKAX | Tanshow Direct |
| 125 | amazon.com/sp?seller=A389XSAKY69HJG | tear egg |
| 126 | amazon.com/sp?seller=A3DNNC0MGLV8MW | Tel Van |
| 127 | amazon.com/sp?seller=A2ES67M5UO3YAT | Tengjiushangmao |
| 128 | amazon.com/sp?seller=A2H1VJAQQZIVND | Tengyu Shop |
| 129 | amazon.com/sp?seller=AKWZKF3S998NN | Tfanghao |
| 130 | amazon.com/sp?seller=A3O4I7Y1ST2ANS | TINA JOO |
| 131 | amazon.com/sp?seller=A33YXKP12TSK31 | tonyjin |
| 132 | amazon.com/sp?seller=A3MIPWSF41D1G2 | Truechoose |
| 133 | amazon.com/sp?seller=A35A32O7IR0JLP | Uighur9999 |
| 134 | amazon.com/sp?seller=A10Y4E1PKIDVC7 | ULip |
| 135 | amazon.com/sp?seller=A2AP53WVBLB2JY | URAQT-US |
| 136 | amazon.com/sp?seller=A1WS1LCND366IN | VOREAD |
| 137 | amazon.com/sp?seller=A3PQWKCJRMNTPF | Wangxu shop |
| 138 | amazon.com/sp?seller=A2OABQN04X99QO | wangzaolian jiayou |
| 139 | amazon.com/sp?seller=A1C4W3WLPVR4Q5 | wanxinzhexin |
| 140 | amazon.com/sp?seller=A3U6JI7DO49ZV | Warmth -Store |
| 141 | amazon.com/sp?seller=AHXOO88L1W2SD | Weilingkexing |
| 142 | amazon.com/sp?seller=A2BUYOH3IEQBWG | WeiNiFuShangMao |
| 143 | amazon.com/sp?seller=A2NY5B1ZLLKCTA | wenjin99 |
| 144 | amazon.com/sp?seller=A2VHT8OBSVHCZJ | whilom |
| 145 | amazon.com/sp?seller=A228DW8P21HR4X | Witehino US |
| 146 | amazon.com/sp?seller=AAYIPMNPI7HUZ | WLUuuu |
| 147 | amazon.com/sp?seller=AWE431XZLHL7F | wokaku |
| 148 | amazon.com/sp?seller=ATEPHKBB53T5B | XCTKDS |
| 149 | amazon.com/sp?seller=A1JCQ90GFHAXPN | xiangchengshifeideshangmaoyouxiangongsi |
| 150 | amazon.com/sp?seller=A291SU08CQO36U | Xiangshu |
| 151 | amazon.com/sp?seller=AY1VVCKV9CTAF | xiaosgaj |
| 152 | amazon.com/sp?seller=A2YMIV9YR1A9KJ | XIAOXIN0188 |
| 153 | amazon.com/sp?seller=A3N4OM90ATVCQ8 | xingliaoyuankeji |
| 154 | amazon.com/sp?seller=A3M46WU8UXG7PJ | Xixiturtle Store |
| 155 | amazon.com/sp?seller=ACA4XBKY2M5UJ | Xuchenglin |

| | | |
|---|---|---|
| 156 | amazon.com/sp?seller=A2PWDHFQ2X3O5K | yaohewangluokeji |
| 157 | amazon.com/sp?seller=A37FKOPYOCZGNX | yedonghua |
| 158 | amazon.com/sp?seller=A22OOWG8GTD352 | YITACHI |
| 159 | amazon.com/sp?seller=A3LL1F4JQ6O6TC | ymxzhengch |
| 160 | amazon.com/sp?seller=A3TBMZG0KM9LAE | yongxuchen-us |
| 161 | amazon.com/sp?seller=AA4PDQ1MWVOGH | Yuantao Creations |
| 162 | amazon.com/sp?seller=A17ZGVOMZDPCFC | yueruyi US |
| 163 | amazon.com/sp?seller=A1MGSRHAV5O9U0 | ZCC-us |
| 164 | amazon.com/sp?seller=A1DAD7CK8VPD0J | zebaowu |
| 165 | amazon.com/sp?seller=AQUFVR5KERL8T | zhaoliyuan |
| 166 | amazon.com/sp?seller=A2O7GKASB2CNVF | zhaoxishangmaohang |
| 167 | amazon.com/sp?seller=A3PEAODXTKCY0W | zhenglidianzishangwu |
| 168 | amazon.com/sp?seller=AW3N4BHZ05KQA | Zhengstore888 |
| 169 | amazon.com/sp?seller=A1C65NIZ2RMOCW | zhengzhaojieUS |
| 170 | ebay.com/usr/xiaohu-7305 | xiaohu-7305 |
| 171 | walmart.com/seller/101138889 | changningyijinwangluokejiyouxiangongsi |
| 172 | walmart.com/seller/101138240 | changshashi danjun dianzishangwu youxian gongsi |
| 173 | walmart.com/seller/101114777 | dongguanshisuyingshangmaoyouxiangongsi |
| 174 | walmart.com/seller/101173804 | guangzhouanjingwenmaoyiyouxiangongsi |
| 175 | walmart.com/seller/101085822 | HenanTongtongShiyeYouxiangongsi |
| 176 | walmart.com/seller/101103324 | iTechjoy |
| 177 | walmart.com/seller/101174194 | Nowsnde |
| 178 | walmart.com/seller/101175419 | Plemdea |
| 179 | walmart.com/seller/101130708 | Shenzhen shi wei ling ke ji you xian gong si |
| 180 | walmart.com/seller/101111551 | Shenzhen Yelang E-Commerce Co., Ltd. |
| 181 | walmart.com/seller/101130172 | Shenzhenshihuilixingdianzishangwuyouxiangongsi |
| 182 | walmart.com/seller/101137280 | shenzhenshiyingyukejiyouxiangongsi |
| 183 | walmart.com/seller/101113032 | Smileol |
| 184 | walmart.com/seller/101175711 | TIANSHI |
| 185 | walmart.com/seller/101087306 | WONDER LIFE.LLC |
| 186 | walmart.com/seller/101174139 | xiantaolingchaokejiyouxiangongsi |
| 187 | walmart.com/seller/101173591 | Xmastr |
| 188 | walmart.com/seller/101136636 | yi fei |
| 189 | walmart.com/seller/101123894 | Yszodd |