IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCHANTEDMOB, INC., <br><br> Plaintiff, <br><br> v. <br><br> PDD STORE, et al., <br><br> Defendants. | Case No. 22-cv-02944 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Beth W. Jantz** |

### PLAINTIFF'S MOTION TO STRIKE
### DEFENDANT'S MOTION [27]

Plaintiff EnchantedMob, Inc. ("Poppy Playtime" or "Plaintiff"), by its counsel, hereby moves this Honorable Court to strike defendant ndrgsgouo's ("Defendant") Motion to Dissolve the Restraining Order [27] ("Defendant's Motion").

The Answer was filed *pro se* by Jiang Xue, as the operator of ndrgsgouo. [27] at p. 1. Defendant is a business entity, therefore, it is "not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court." *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008) (citations omitted). Even if Jiang Xue is the owner of this entity, ndrgsgouo still needs to be represented by counsel licensed to practice before this Court. *United States v. Certain Real Property*, 381 F. Supp. 3d 1007, 1009 (E.D. Wisc. 2018) (granting motion to strike claim filed by an authorized representative of a corporation because it was not filed by an attorney); *M&M Ventures (2014) Ltd. v. The Individuals, et al.,* No. 22-cv-00206 (N.D. Ill. July 26, 2022) (Dkt. No. 86) ("Liu Ping, the owner of maikouhai, filed a pro se appearance and was added to the docket as a defendant. However, as an entity, maikouhai cannot represent itself, nor can a nonlawyer represent maikouhai, so maikouhai must obtain an attorney and that

attorney must file an appearance on the docket. Accordingly, maikouhai's motion to dismiss is struck without prejudice."). Jiang Xue did not file an appearance, and upon information and belief, Jiang Xue is not an attorney licensed to practice before this Court on behalf of ndrgsgouo. *See, e.g., Wham-O Holding, Ltd. v. The P'ships*, No. 20-cv-03761 (N.D. Ill. Oct. 16, 2020) (Dkt. No. 61) (granting motion to strike document because it "is not a proper pleading filed by an attorney of record for a party"); *CamelBak Products, LLC v. The P'ships*, 20-cv-01542 (N.D. Ill. Aug. 31, 2020) (Dkt. No. 35) (striking motion filed by a person that had "not entered an appearance and is neither a member of the general bar of this court nor has sought admittance pro hac vice, as required by Local Rule 83.12"). Accordingly, Plaintiff respectfully requests that this Court deny and strike Defendant's Motion because this entity is not properly represented by an attorney of record. Permitting an organized business entity to proceed as a *pro se* defendant without the assistance of counsel burdens the Court and would prejudice Plaintiff.

      For the above reasons, Plaintiff respectfully requests that this Court strike Defendant's Motion [27].

Dated this 2nd day of August 2022.      Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff EnchantedMob, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to Defendant at the email addresses ndrgsgouo@126.com that includes a link to said website.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff EnchantedMob, Inc.*