UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

EnchantedMob, Inc.

                Plaintiff,

v.         Case No.: 1:22−cv−02944

        Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2022:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/14/2022. Defendant Jiang Xue did not appear. For the reasons stated on the record, Defendant Nos. 171, 179, 181 and 182's "shenzhenshiyingyukejiyouxiangongsi, Shenzhen shi wei ling ke ji you xian gong si, Shenzhenshihuilixingdianzishangwuyouxiangongsi, and changningyijinwangluokejiyouxiangongsi" motion for extension of time [51] is granted. Defendants shall file a response to Plaintiff's complaint by 10/6/2022. As discussed on the record, Plaintiff's motion to strike Defendant Jiang Xue's motion (27) [35] is denied. Plaintiff's motion for entry of default and default judgment as to all remaining defendants [46] is granted. The Court enters default as to all remaining defendants in accordance with FRCP 55(a). Plaintiff shall email an updated default judgment order to the court's proposed order box within 24 hours. The Court will issue a written ruling on the pending motions in short order. Telephonic status hearing set for 10/5/2022 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.